UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELEZ,<br><br>           Plaintiff,<br><br>    v.<br><br>WATERLOO-CA, INC., et al.,<br><br>           Defendants. | No. 2:19-cv-01732-TLN-CKD PS<br><br>ORDER TO SHOW CAUSE |

On December 18, 2019, the court issued the following minute order:

> Plaintiff has filed a "motion for voluntary dismissal" of defendant Angelinas Spaghetti House under Federal Rule of Civil Procedure 41. [ECF No. 9 .] Angelinas Spaghetti House filed an answer on October 16, 2019. [ECF No. 7 .] As a result, this matter can only be dismissed as to Angelinas Spaghetti House under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which requires "a stipulation of dismissal signed by all parties who have appeared," or by court order "on terms that the court considers proper" under Rule 41(a)(2). Therefore, *within 14 days of the date of this order, either (1) the parties shall file a stipulation of dismissal that complies with the Local Rules and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or (2) Angelinas Spaghetti House shall file a statement of opposition or non-opposition to plaintiff's motion for voluntary dismissal so that the court can address plaintiffs motion under Federal Rule of Civil Procedure 41(a)(2).*

ECF No. 11 (emphasis added).

The time for filing either a joint stipulation or a statement of opposition or non-opposition to plaintiff's motion for voluntary dismissal has now passed and the parties have not complied

1

with the court's order.

Accordingly, IT IS HEREBY ORDERED that the parties shall show cause no later than **January 17, 2020** why sanctions should not be imposed on each party for failure to timely file one of the documents outlined above. If one of the documents outlined above is filed by **January 17, 2020**, the order to show cause will be discharged and no response need be filed.

Dated: January 10, 2020

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 velez1732.osc