UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>WATERLOO-CA INC., et al.,<br><br>          Defendants. | No. 2:19-cv-1732 TLN CKD<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On February 5, 2020, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 16.) No party has filed objections to the findings and recommendations. The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued February 5, 2020 (ECF No. 16), are ADOPTED IN FULL;

2. Plaintiff's Motion to Dismiss (ECF No. 9) is GRANTED;

3. Plaintiff's Complaint is DISMISSED as to all defendants with prejudice pursuant to Federal Rule of Civil Procedure 41(a); and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 24, 2020

Troy L. Nunley
United States District Judge